Form 27 - AFFIDAVIT OF SERVICE


P20673277

**POLSINELLI, LLP**   AARON DAVIS
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

CITIBANK, N.A., AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF
CF 2020-P1 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS- THROUGH
CERTIFICATES, SERIES 2020-P1

Index No. **1:23-CV-10920-AS**

PLAINTIFF   Date Filed

- vs -

Office No. **050960-78115 0**

HELLO FLATBUSH LLC, ELI KARP, THE CITY OF NEW YORK
ENVIRONMENTAL CONTROL BOARD, ET AL.,

Court Date.

DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **10TH** day of **JANUARY, 2024 2:15PM** at
**ATTN: DELIA SHALUMOV, ESQ, FINK & ZELMANOVITZ, P.C.
4119 AVENUE T
BROOKLYN NY 11234**
I served a true copy of the **CIVIL COVER SHEET, RPAPL 1303 HELP FOR HOMEOWNERS IN FORECLOSURE LETTER ( ON COLORED PAPER), MEMORANDUM OF LAW, NOTICE OF MOTION, CERTIFICATE OF SERVICE, DECLARATION, SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR MORTGAGE FORECLOSURE, FED. R. CIV. P 7.1 DISCLOSURE STATEMENT AND EXHIBITS** upon **HELLO FLATBUSH LLC** the **DEFENDANT** therein named by delivering to, and leaving personally with **Rachel Herman, OFFICE MANAGER,** who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT.**

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE**   COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **35-45** APP. HT: **5'5** APP. WT: **160**
OTHER IDENTIFYING FEATURES
**Glasses**

Sworn to before me this
12TH day of JANUARY, 2024

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

ASSMET ABDERRAHMAN #1115274
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-PLLP-20673277

2a

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF CF 2020-P1 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-P1 <br><br> *Plaintiff(s)* <br><br> v. <br><br> HELLO FLATBUSH LLC, ELI KARP, THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD, AND JOHN DOE NO. I THROUGH JOHN DOE NO. XXX <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-10920 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hello Flatbush LLC
33 35th Street, Suite B-613
Brooklyn, New York 11223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Polsinelli PC
Aaron P. Davis
600 Third Avenue, 42nd Floor, New York, New York 10016
(212) 803-9918
adavis@polsinelli.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/20/2023                    /s/ P. Canales
                                    *Signature of Clerk or Deputy Clerk*



Civil Action No. 1:23-cv-10920

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                                    _____
                                                                           *Server's signature*

                                                                    _____
                                                                         *Printed name and title*

                                                                    _____
                                                                           *Server's address*

Additional information regarding attempted service, etc:

ATTORNEY(S): Polsinelli, LLP
INDEX #: 1:23-cv-CV-10920-AS
PURCHASED/FILED:
STATE OF: NEW YORK
COURT: U.S. District
COUNTY/DISTRICT: Southern Dist.



## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Citibank, N.A., as Trustee, for the Benefit of the Holders of CF 2020-P1 Mortgage Trust Commercial Mortgage Pass-Through Certificates, Series 2020-P1

Plaintiff(s)

against

Hello Flatbush LLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 60 yrs
Weight: 120 lbs  Height: 5' 1"  Sex: Female  Color of skin: White
Hair color: Brown  Other: ___

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **January 12, 2024**, at **1:55 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
Notice of Motion with Memorandum of Law, RPAPL 1303 Help for Homeowners in Foreclosure, Letter ( Colored Paper ), Civil Cover Sheet, Certificate of Service, Declaration, Summons in a Civil Action and Complaint for Mortgage Foreclosure, Fed. R. Civ. P 7.1 Disclosure Statement and Exhibits

on

**Hello Flatbush LLC**

the Defendant in this action, by delivering to and leaving with **Nancy Dougherty** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
12th day of January, 2024

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

Robert Guyette
Invoice·Work Order # 2402252
Attorney File # **20630020**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF CF 2020-P1 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-P1 <br> *Plaintiff(s)* <br> v. <br> HELLO FLATBUSH LLC, ELI KARP, THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD, AND JOHN DOE NO. I THROUGH JOHN DOE NO. XXX <br> *Defendant(s)* | Civil Action No. 1:23-cv-10920 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hello Flatbush LLC
33 35th Street, Suite B-613
Brooklyn, New York 11223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Polsinelli PC
Aaron P. Davis
600 Third Avenue, 42nd Floor, New York, New York 10016
(212) 803-9918
adavis@polsinelli.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/20/2023                                /s/ P. Canales
                                                                  *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-10920

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: