**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF CF 2020-P1 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-P1,<br><br>                                          Plaintiff,<br><br>v.<br><br>HELLO FLATBUSH LLC, ELI KARP, THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD, AND JOHN DOE NO. I THROUGH JOHN DOE NO. XXX, INCLUSIVE, THE LAST THIRTY NAMES BEING FICTITIOUS AND UNKNOWN TO PLAINTIFF, THE PERSONS OR PARTIES INTENDED BEING THE TENANTS, OCCUPANTS, PERSONS, OR CORPORATIONS, IF ANY, HAVING OR CLAIMING AN INTEREST IN OR LIEN UPON THE PREMISES DESCRIBED IN THE COMPLAINT,<br><br>                                          Defendants. | Case No. 1:23-cv-10920-AS<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

I, Ruby J. Krajick, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 15, 2023 with the filing of a summons and complaint, a copy of the summons and complaint were served on Defendant Hello Flatbush LLC by personally serving Rachel Herman, Office Manager of Fink & Zelmanovitz, P.C., and Nancy Dougherty, Authorized Agent of the Office of the Secretary of State, and proof of service was therefore filed on January 18, 2024, Doc No. 19.  I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Hello Flatbush LLC is hereby noted.

Dated: New York, New York  
 February 8 , 2024

                                                  RUBY J. KRAJICK  
                                                  Clerk of Court

*K. Mango*

By: _____  
           Deputy Clerk

93266608