UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A.,<br><br>       Plaintiff,<br><br> -against-<br><br>HELLO FLATBUSH LLC, et al.,<br><br>       Defendants. | 23-CV-10920 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff should serve its motion to compel (Dkts. 39–42) and this Order on Defendant Hello Flatbush LLC and any of Defendant's agents that Plaintiff has been communicating with. If Defendant fails to issue an appearance in this case and respond to Plaintiff's motion by **April 8, 2024**, the Court will issue the requested relief. Defendant is warned that failure to respond may also lead to additional future sanctions.

  SO ORDERED.

Dated: April 3, 2024
    New York, New York

                         ARUN SUBRAMANIAN
                        United States District Judge