UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Citibank, N.A.,<br><br>                         Plaintiff,<br><br>            -against-<br><br>Hello Flatbush LLC et al.,<br><br>                         Defendants. | 23-CV-10920 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On October 22, 2024, defendant Hello Flatbush LLC moved for a conference to address several ongoing discovery disputes. Dkt. 88. No other party in the case has responded to Hello Flatbush's motion.

All parties are ordered to appear for a remote discovery conference on **October 30, 2024 at 4:00 PM**. They should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **726 899 249**, followed by the pound (#) sign.

SO ORDERED.

Dated: October 28, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge