UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Citibank, N.A., <br><br>         Plaintiff, <br><br>    -against- <br><br> Hello Flatbush LLC et al., <br><br>         Defendants. | 23-CV-10920 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  For the reasons discussed at the conference held on October 30, 2024, documents responsive to defendant Hello Flatbush's document requests must be produced by **December 1, 2024**. This applies to plaintiff's documents, documents relevant to defendant Eli Karp, and documents relevant to transactional counsel Fink & Zelmanovitz, P.C. Privilege logs must be shared by **December 16, 2024**. The deadline for discovery is extended to **December 31, 2024**.

  In addition, defendants Hello Flatbush and Eli Karp must turn over or provide the information or authorization necessary to access any documents responsive to receiver Newmark & Company Real Estate's requests by **November 6, 2024**.

  Given this extension of the discovery schedule, the deadline to serve post-discovery summary judgment motions will be extended to **January 17, 2025**. Answering papers must be filed by **February 7, 2025**, and reply papers by **February 21, 2025**.

  SO ORDERED.

Dated: October 31, 2024
   New York, New York

                          ARUN SUBRAMANIAN
                          United States District Judge