UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Citibank, N.A., |  |
| Plaintiff, | 23-CV-10920 (AS) |
| -against- | ORDER |
| Hello Flatbush LLC et al., |  |
| Defendants. |  |

ARUN SUBRAMANIAN, United States District Judge:

    The deadline for discovery is extended from December 31, 2024 to **January 21, 2025**. If the parties have any further discovery disputes they wish to raise with the Court, they should do so as soon as possible. **There will be no further extensions of the discovery deadline.**

    The deadline for summary judgment motions is extended to **February 10, 2025**. Answering papers must be filed by **March 3, 2025**, and reply papers by **March 17, 2025**.

    SO ORDERED.

Dated: January 2, 2025
       New York, New York

                                                   ARUN SUBRAMANIAN
                                                 United States District Judge