UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Citibank, N.A.,<br><br>                              Plaintiff,<br><br>       -against-<br><br>Hello Flatbush LLC et al.,<br><br>                              Defendants. | 23-CV-10920 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Citibank received a clerk's certificate of default as to defendant City of New York Environmental Control Board (ECB). Dkt. 32. The ECB then appeared in the case but never responded to Citibank's complaint. Citibank recently filed a combined motion for default judgment (as to the ECB) and summary judgment (as to the other defendants), but the motion does not comply with the Court's requirements for a motion for default judgment.

      If Citibank wishes to move for default judgment as to the ECB, it should file a renewed motion for default judgment in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-arun-subramanian) **within two weeks of the date of this Order**. If Citibank submits calculations in support of any motion for default judgment, its counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at SubramanianNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Citibank shall electronically serve a copy of this Order on the ECB **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: February 13, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge