UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Citibank, N.A.,<br><br>                              Plaintiff,<br><br>         -against-<br><br>Hello Flatbush LLC et al.,<br><br>                              Defendants. | 23-CV-10920 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff moved for default judgment as to defendant City of New York Environmental Control Board on February 26, 2025. "When a default is entered against one defendant in a multi-defendant case, the preferred practice is for the court to withhold granting default judgment until the [resolution] of the action on the merits against the remaining defendants." *Baker v. Weber*, 2021 WL 4480998, at *5 (S.D.N.Y. Sept. 30, 2021) (citation omitted). Because plaintiff is proceeding against the non-defaulting defendants, the remote default judgment hearing scheduled for April 2, 2025 is adjourned pending resolution of the case.

      SO ORDERED.

Dated: March 27, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge