UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF CF 2020-P1 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-P1,<br><br>Plaintiff,<br><br>-against-<br><br>HELLO FLATBUSH LLC, ELI KARP, and THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD,<br><br>Defendants. | Case No. 1:23-cv-10920-AS |

**ORDER GRANTING
DEFAULT JUDGMENT AND AMENDING THE CAPTION**

Upon the Summons and Complaint filed herein, and proof that Defendant The City of New York Environmental Control Board has been duly served with the Summons and Verified Complaint, and upon the affidavit of service previously filed, from all of which it appears that Defendant The City of New York Environmental Control Board has not answered or moved with respect to the Complaint, although the time for them to do so has expired and has not been extended by Court Order or otherwise; and proof that a Clerk's Certificate of Default has been entered against The City of New York Environmental Control Board so Defendant is not entitled to notice hereof (Dkt. 32); and that The City of New York Environmental Control Board is not an infant, incompetent or absentee; and that since the filing of the Notice of Pendency, the Complaint herein has not been amended so as to make new parties to the action or so as to embrace real property other than that described in the Complaint or so as to extend Plaintiff's claim against the mortgaged premises;

**AND** upon the Declaration of Carter J. Wallace, Esq, an associate of the firm of Polsinelli PC, attorneys for Plaintiff, showing what proceedings have heretofore been had herein, and setting forth the requisite facts entitling Plaintiff to the within relief; and upon all prior proceedings, and all the papers filed herein;

NOW, on motion of Polsinelli PC, attorneys for Plaintiff, it is

**ORDERED**, that a default judgment against The City of New York Environmental Control Board be granted as to the foreclosure claim described in the Complaint.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 118.

HONORABLE ARUN SUBRAMANIAN
United States District Judge
September 16, 2025

102046085.3