UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| Citibank, N.A., |
|                     Plaintiff, |
|       -against- |
| Hello Flatbush LLC et al., |
|                  Defendants. |

23-CV-10920 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The parties are instructed to file a status update by January 21, 2026 advising the Court whether there remain any live issues in this case, and, if so, what the next steps are to resolve those issues.

SO ORDERED.

Dated: January 16, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge