UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Citibank, N.A.,

                    Plaintiff,

          -against-

Hello Flatbush LLC et al.,

                    Defendants.

23-CV-10920 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to close this case.


SO ORDERED.

Dated: April 22, 2026
       New York, New York

                                        _____
                                             ARUN SUBRAMANIAN
                                         United States District Judge